UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD ANDERSON,<br><br>         Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>         Defendant. | Case No.: 18-CV-57-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**[ECF NO. 29]** |

On June 22, 2018, the parties filed a motion to dismiss the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, this case is **DISMISSED WITH PREJUDICE** in its entirety. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: June 28, 2018

                      _____
                      Hon. William V. Gallo
                      United States Magistrate Judge